# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO AVILA, | CASE NO. 5:17-cv-00796-JLS (SK) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WARDEN RAYMOND MADDEN, | |
| Respondent. | |

Pursuant to the Order Accepting the Report and Recommendation to Deny Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: November 20, 2017

HON. JOSEPHINE L. STATON
U.S. DISTRICT JUDGE